UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEZO G. EDWARDS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Respondents. | 1:25-cv-00701-SAB (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(ECF No. 15) |

　　　　Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section § 2241.

　　　　On September 2, 2025, petitioner filed an application to proceed in forma pauperis. (ECF No. 15.) As Petitioner was authorized to proceed in forma pauperis in this action on June 10, 2025, (ECF No. 3), IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:　**September 3, 2025**

　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge