# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEZO G. EDWARDS,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Respondents. | Case No. 1:25-cv-00701-SAB-HC<br><br>ORDER REGARDING STATUS AND DENYING REQUEST TO ADD DEFENDANT UNDER RULE 15<br><br>(ECF No. 10) |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On August 1, 2025, the Court received the instant status update request and request to add defendant under Rule 15. (ECF No. 10.) Petitioner alleges that the "Federal Bureau of Prison's mail system has exhibited a pattern of indifference or deliberate obstruction germane to delivering EDWARDS'S mail," and requests a status update regarding "a habeas corpus requesting to expunge his disciplinary record" filed on or about June 11, 2025. The Court received a motion to expunge incident report on June 16, 2025. (ECF No. 8.) There are hundreds of prisoner civil cases presently pending before the Court. Due to these heavy caseloads, the Court will not respond to further requests regarding the status of the case.

    Petitioner also requests that the Warden for the United States Penitentiary Atwater be added as a defendant to this matter. The Warden for USP Atwater already is a Respondent in this

1

matter. Accordingly, Petitioner's request to add the Warden as a defendant is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **September 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge