ERIC GRANT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEZO EDWARDS,<br><br>               Petitioner,<br><br>v.<br><br>WARDEN, USP-ATWATER,<br><br>               Respondent. | CASE NO. 1:25-CV-00701-SAB (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 20) |

On September 19, 2025, Respondent requested an extension of time to October 9, 2025, to file a motion to dismiss or response to Petitioner's 28 U.S.C. § 2241 petition. (ECF No. 20.)

IT IS HEREBY ORDERED that the Respondent's request for an extension is GRANTED. The response is now due October 9, 2025.

IT IS SO ORDERED.

Dated: __**September 19, 2025**__

                                              STANLEY A. BOONE
                                              United States Magistrate Judge