# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEZO G. EDWARDS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Respondents. | Case No. 1:25-cv-00701-SAB-HC<br><br>ORDER REGARDING STATUS AND DIRECTING CLERK OF COURT TO MAIL COPY OF DOCKET SHEET TO PETITIONER<br><br>(ECF No. 25) |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On October 14, 2025, the Court received Petitioner's request for a status update regarding the petition, the judicial notice, status update request, and request to add defendant dated July 28, 2025, and the motion to amend and motion to supplement dated August 26, 2025. (ECF No. 25.) Petitioner also requests a copy of the docket sheet.

　　　　On August 1, 2025, the Court received Petitioner's judicial notice, status update request, and request to add defendant dated July 28, 2025. (ECF No. 10.) On September 3, 2025, the Court denied Petitioner's request to add a defendant as moot. (ECF No. 17.) That same day, the order was mailed to Petitioner.

　　　　On September 2, 2025, the Court received a motion to amend and motion to supplement dated August 26, 2025. (ECF No. 14.) On September 3, 2025, the Court received a motion to

amend and motion to supplement dated August 28, 2025. (ECF No. 18.) On October 3, 2025, the Court denied the motions. (ECF No. 22.) That same day, the order was mailed to Petitioner.

On October 9, 2025, the day a response to the petition was due, Respondent filed a motion for a stay of briefing in this matter because "the appropriations act that had been funding the Department of Justice (Department) expired and appropriations to the Department lapsed." (ECF No. 23 at 1.) On October 15, 2025, the Court granted the stay. (ECF No. 24.) Currently, this matter is stayed until the lapse in funding is resolved.[1]

There are hundreds of prisoner civil cases presently pending before the Court. Due to these heavy caseloads, the Court will not respond to further requests regarding the status of the case.

The Clerk of Court is DIRECTED to mail a copy of the docket sheet to Petitioner.

IT IS SO ORDERED.

Dated:   **October 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] As the Court previously noted in its October 15, 2025 order, "if Petitioner opposes the stay, Petitioner may file an opposition and the Court will reconsider whether a stay is appropriate." (ECF No. 24 at 2.)